No. 79–5066.  AGNES *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 79–5067.  NOEL *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 79–5068.  BELITZ *v.* NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 79–5078.  HUDSPETH *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 79–5110.  LOVE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 79–5119.  CAMPBELL *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 79–5137.  LEE *v.* NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 79–5147.  SCHEUFLER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 79–5157.  COMPTON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79–5162.  LEUSCHNER *v.* MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 79–5163.  ROWTON *v.* NEW MEXICO.  Ct. App. N. M. Certiorari denied.

No. 79–5167.  ANDERSON *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY.  C. A. 6th Cir. Certiorari denied.